UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                    Case No. 11-11319

CLIFFORD E. JONES,                  Honorable Patrick J. Duggan

    Defendant.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO PERMIT GARNISHMENT AND DENY WITHOUT PREJUDICE DEFENDANT'S CLAIM FOR EXEMPTION

On March 30, 2011, the Government filed this lawsuit seeking to collect unpaid student loans from Defendant. A Default Judgment in the amount of $2,412.14 eventually was entered against Defendant after he failed to respond to the Complaint. The Government thereafter obtained a Writ of Continued Garnishment directed to the Michigan Department of Treasury in an attempt to collect on the Judgment. On October 26, 2011, Defendant filed a "Request for hearing about the garnishment and claim for exemption." This Court referred Defendant's filing to Magistrate Judge Laurie J. Michelson on October 27, 2011, pursuant to 28 U.S.C. § 636(b)(3).

Magistrate Judge Michelson conducted a hearing with respect to the garnishment and Defendant's claim for an exemption thereto on December 1, 2011. On the same date, Magistrate Judge Michelson issued a Report and Recommendation, recommending that this Court permit the garnishment and deny Defendant's claim for exemption without

prejudice. At the conclusion of the R&R, Magistrate Judge Michelson advises the parties that they may object and seek review of the R&R within fourteen days of service upon them. (R&R at 4-5.) She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.* (citations omitted).) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Michelson.

Accordingly,

**IT IS ORDERED**, that Defendant's claim for exemption to the garnishment is **DENIED WITHOUT PREJUDICE** and the garnishment is **PERMITTED**.

Date: February 2, 2012         s/PATRICK J. DUGGAN
                               UNITED STATES DISTRICT JUDGE

Copies to:

Charles Holzman, Esq.

Clifford E. Jones
1410 Washington Blvd.
Apt. 1903
Detroit, MI   48226

Magistrate Judge Laurie J. Michelson